**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | |
|---|---|
| **RONALD E. COLEMAN** | **CIVIL ACTION** |
| **VERSUS** | **NO. 07-0452** |
| **JEFFERY TRAVIS, WARDEN** | **SECTION "C"(4)** |

## O R D E R

The Court, having considered the complaint, the record, the applicable law, the Report and Recommendation of the United States Magistrate Judge, and the petitioner's objection to the Magistrate Judge's Report and Recommendation, hereby approves the Report and Recommendation of the United States Magistrate Judge and adopts it as its opinion in this matter. Therefore,

**IT IS ORDERED** that Ronald E. Coleman's petition for issuance of a Writ of Habeas Corpus, pursuant to Title 28 U.S.C. § 2254 be **DISMISSED WITH PREJUDICE**.

New Orleans, Louisiana, this ____25____ day of ____Nov____ , 2009.

_____
**UNITED STATES DISTRICT JUDGE**